**050-15**

CCA # 13-14-00244-CR

OFFENSE: Public Health/Safety

STYLE: The State of Texas v. Christopher Andrew Pena

COUNTY: Victoria

TRIAL COURT: 377th District Court
TRIAL COURT #: 13-2-27,162-D
TRIAL COURT JUDGE: Hon. Robert C. Cheshire
DISPOSITION: Affirm

_____ MOTION
FOR REHEARING IS: _____
DATE: 12/30/14
JUDGE: Garza

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____          DNP: _____

CLK RECORD: _____

RPT RECORD: _____

STATE BR: _____

APP BR: _____

SUPP CLK RECORD _____

SUPP RPT RECORD _____

SUPP BR _____

PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **050-15**

--------------------

_____ State's _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: April 29, 2015

JUDGE: PC

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

--------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____